# IN THE SUPREME COURT OF THE STATE OF NEVADA

ADRIANA DIAZ, AN INDIVIDUAL;
AND JAIME DIAZ, AN INDIVIDUAL,
              Appellants,
vs.
SURF CITY INVESTORS, LLC,
              Respondent.

No. 82873

**FILED**

APR 12 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

Cause appearing, appellants' motion for a voluntary dismissal of this appeal is granted. This appeal is dismissed. NRAP 42(b).

It is so ORDERED.[1]

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:    Hon. Jessica K. Peterson, District Judge
       Larry J. Cohen, Settlement Judge
       David J. Winterton & Associates, Ltd.
       Ghidotti Berger LLP/Las Vegas
       Eighth District Court Clerk

---

[1]Any relief regarding the bond for costs on appeal must be sought in the district court. NRAP 7.

22-11583